FILED
OCT 05 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohsen Khoshmood, )
)
    Plaintiff, )
)
v. ) Civil Action No. 17-1693 (UNA)
)
)
Robert Salerno, )
)
    Defendant. )

MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has submitted a complaint and an application to proceed *in forma pauperis*. The Court will grant the application and dismiss the case pursuant to 28 U.S.C. § 1915(e)(2), which requires dismissal of a case "at any time" the court determines that the complaint seeks monetary relief against an immune defendant.

Plaintiff is a resident of Washington, D.C. He sues a judge of the Superior Court of the District of Columbia for his alleged rulings during the course of plaintiff's civil case and his dismissal of the case "without justice." Compl. at 1-2. Plaintiff seeks $50 million in damages.

"Judges enjoy absolute judicial immunity from suits for money damages for all actions taken in [their] judicial capacity, unless [the] actions are taken in the complete absence of all jurisdiction." *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993) (per curiam) (citation omitted). Such "immunity is an immunity from suit, not just from ultimate assessment of damages." *Mireles v. Waco*, 502 U.S. 9, 11 (1991). The alleged decisions fall squarely within judicial functions, and plaintiff does not suggest that defendant acted without jurisdiction.

As a result, defendant is absolutely immune from this lawsuit. A separate order of dismissal accompanies this Memorandum Opinion.

Date: October  5 , 2017

United States District Judge